151 A.3d 91

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
QUADREE BROWN, DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004307-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 91

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH
A. SALLADINO, DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003988-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.